| | | |
|---|---|---|
| FILING FEE PAID? | IFP Received? | IFP Amount:  $350 |
| YES ☒ | YES ☐ | |
| NO  ☐ | NO  ☒ | Magistrate Judge:  Shon T. Erwin |

# CIV-24-442-PRW

Saldivar et al v. Oklahoma Department of Corrections et al

## NEVER IN THIS COURT BEFORE

- Daniel Saldivar
- Michael Wolfe
- Zurrell Hernandez
- Christopher Hicks
- Ronnie Smith, II
- Larry Pruitt
- Robert D Johnson