## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

DANIEL SALDIVAR, MICHAEL
WOLFE, ZURRELL HERNANDEZ,
CHRISTOPHER HICKS, RONNIE
SMITH II, LARRY PRUITT, ROBERT
D. JOHNSON.,

                Plaintiff,

v.

DEPARTMENT OF CORRECTIONS
DIRECTOR, SCOTT CROW, in his
official and individual capacities;
JOHN/JANE DOE I, II, III, IV,
(Employees/ Agents of GPCC/DOC), in
their official and individual capacities;
JOHN/JANE DOE V, VI, (Shift
Supervisors and Administrators of
GPCC), in their official and individual
capacities,

                Defendant.

**CASE NO. CIV-24-442-PRW
(Removed from Oklahoma County
District Court Case No: CJ-2024-2320)**

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance, as counsel in this case for **Defendant: DEFENDANTS: OKLAHOMA DEPARTMENT OF CORRECTIONS AND STEVEN HARPE[1] Director of Oklahoma Department of Corrections.**

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

---

[1] Steve Harpe is the current Department of Corrections Director, and is therefore automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).

Respectfully submitted,


/s/ Lexie P. Norwood
**LEXIE P. NORWOOD, OBA# 31414**
Assistant Attorneys General
Oklahoma Attorney General's Office
313 NE 21ˢᵗ Street
Oklahoma City, Oklahoma     73105
T: (405) 521-3921 | F: (405) 521-4518
Email: lexie.norwood@oag.ok.gov
*Attorney for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day May 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. I further that a true and correct copy of the foregoing document was sent to the following who is an ECF registered participant:

Richard Labarthe, OBA 11393
LABARTHE & TARASOV
6303 N. Portland Ave., Suite 210
Oklahoma City, OK 73112
Richard@labarthelaw.com
*Attorney for Plaintiff*

Alexey Tarasov, OBA 32926
LABARTHE & TARASOV
330 W. Gray Street, Suite 208
Norman, OK 73069
Alexey@tarasovlaw.com
*Attorney for Plaintiff*


/s/ Lexie P. Norwood
Lexie P. Norwood

~ 2 ~