# ATTACHMENT

# 6

OAG/Saldivar v. ODOC /WD-24-442
Investigative Report 0039

# AFFIDAVIT

STATE OF OKLAHOMA )
) ss.
COUNTY OF OKLAHOMA )

I, Mark Knutson, the undersigned, being duly sworn, depose and state:

1. That I am employed with the Oklahoma Department of Corrections and I am currently employed as the Manager of the Administrative Review Authority (ARA) at the Department of Corrections Administrative Offices, 4345 N. Lincoln Blvd., Oklahoma City, Oklahoma 73105.
2. The Department of Corrections grievance process provides for a formal two stage and an informal process. The formal process is first to the reviewing authority, then with an appeal of that decision to the office of the ARA. If an inmate/offender desires to file a grievance or appeal out of time, the process also provides an opportunity to request permission to file out of time.
3. In addition, if the inmate/offender has not received a response to the grievance in 30, but no later than 60, calendar days of submission, the inmate/offender may file a grievance to ARA. The grievance may only assert the issue of the lack of a response from the reviewing authority.
4. The Department of Corrections grievance appeal process also provides that a grievance or appeal that contains any errors in the filing process will be unanswered and the inmate/offender will be notified to correct the error within 10 days of receipt of the notice. The grievance process further provides that if the inmate/offender fails to correct their errors and/or properly resubmit, the grievance or appeal will not be answered and the inmate will have waived/forfeited the opportunity to proceed in the process.
5. That in my position I have access to the inmate/offender grievance records maintained at ARA.
6. That I have reviewed the ARA records for Hernandez, Zurrell #880425.
7. ARA has not received a grievance, grievance appeal or any correspondence from inmate Hernandez regarding any constitutional violations or conditions of confinement issues while incarcerated at Great Plains Correctional Center (GPCC).
8. Inmate Hernandez has not exhausted his administrative remedies regarding this or any other issue.

On this 13th day of June, 2024.

_____
Mark Knutson, AFFIANT

Subscribed and sworn to before me, the undersigned Notary Public in and for the county of Oklahoma and state above named, on this 13th day of June, 2024.

_____