# ATTACHMENT

# 9

OAG/Saldivar v. ODOC /WD-24-442
Investigative Report 0045

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process
REQUEST TO STAFF

TO: Warden ~~Law Library~~ (NAME AND TITLE OF STAFF MEMBER) FACILITY/UNIT: G.P.C.C. DATE: 8-29-23

2023 08 442

Great Plains Correctional Center RECEIVED AUG 2 9 2023 LAW LIBRARY

I have ____ have not X already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: ____ facility: ____ grievance #: ____
I affirm that I do ____ do not X have a grievance pending on this issue.
I affirm that I do ____ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ____
This request ____ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

The treatment we Inmates have received at this Facility is cruel & is violation of our civil & human Rights. Staff at this Facility are breaking the Law & violating OK.D.O.C. Policy on so many levels.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I need the address to any & every civil & human rights organizations & the names of any & every person we inmates can contact to get us some help before any more inmates die at the hands of the staff at G.P.C.C. thank you

NAME: Larry Pruitt (PRINT) ODOC #: 258832 UNIT & CELL NUMBER: B-A-203

SIGNATURE: Larry Pruitt WORK ASSIGNMENT: —

DO NOT WRITE BELOW THIS LINE

DISPOSITION:

You may perform a search for the requested information utilizing the Law Library.

[signature] 8/30/23

STAFF MEMBER DATE

Great Plains Correctional Center RETURNED AUG 3 1 2023 LAW LIBRARY

Date response sent to inmate/offender: ____

1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 01/22)

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process
REQUEST TO STAFF

Great Plains Correctional Center
RECEIVED
AUG 28 2023
LAW LIBRARY

TO: C.M. Birdshead (NAME AND TITLE OF STAFF MEMBER) FACILITY/UNIT: G.P.C.C. DATE: 8-24-23

2023 08443

I have ____ have not ✓ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: ________ facility: ________ grievance #: ________
I affirm that I do ___ do not ✓ have a grievance pending on this issue.
I affirm that I do ___ do not ✓ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ________
This request ______ does ✓ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

I have already gotten my write-up For Refusing housing had my level dropped & in currently in R.H.U.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I want to know why I have not been transfered & why you have not done & sent my transfer packet to OK. D.O.C. population. And how long before you do so. Thank you

NAME: Larry Pruitt (PRINT) ODOC #: 258832 UNIT & CELL NUMBER: B-1-203

SIGNATURE: Larry Pruitt WORK ASSIGNMENT: -

DO NOT WRITE BELOW THIS LINE

DISPOSITION:

Mr. Pruitt, I am extremely busy with adjustment reviews, PreReleases, and packets among other thing including parole and bed moves.

Kelly Birdshead CCM II — 8-29-23

STAFF MEMBER — DATE

Great Plains Correctional Center
RETURNED
AUG 31 2023
LAW LIBRARY

Date response sent to inmate/offender: ________

1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 01/22)

Must Be Submitted Through the Law Library or Designee

Inmate/Offender Grievance Process

REQUEST TO STAFF

TO: Warden FACILITY/UNIT: G.P.C.C. DATE: 8-19-23

(NAME AND TITLE OF STAFF MEMBER)

2023 08 473

Great Plains Correctional Center RECEIVED AUG 28 2023 LAW LIBRARY

I have X have not ___ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 8-9-23 facility: G.P.C.C. grievance #: ___
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ___
This request ___ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

Why am I still in S.H.U. & have not gotten any write-up. I don't do write-ups it is staff at this Facility's job to write me up & serve me & the staff at this Facility won't do their job

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

please serve me my write-up & stop playing with me

NAME: Larry Pruitt (PRINT) ODOC #: 258832 UNIT & CELL NUMBER: B-A-203

SIGNATURE: Larry Pruitt WORK ASSIGNMENT: —

DO NOT WRITE BELOW THIS LINE

DISPOSITION:

you are refusing to house

[signature] 8-30-23

STAFF MEMBER DATE

Great Plains Correctional Center RETURNED AUG 31 2023 LAW LIBRARY

Date response sent to inmate/offender: ___

1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 01/22)

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process
REQUEST TO STAFF

Great Plains Correctional Center
RECEIVED
AUG 3 0 2023
LAW LIBRARY

TO: Property Supervisor (NAME AND TITLE OF STAFF MEMBER) FACILITY/UNIT: G.P.C.C. DATE: 8-27-23

2023 08 584

I have ____ have not X already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 8-17-23 facility: G.P.C.C. grievance #: ________
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ________
This request ______ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

this is my 6th R.T.S. concerning this matter. I Know some items were taken out of my property when it was taken to property on 8-15-23 I have proof you Refuse to Respond to any of the paper work I send you. It is well Known that inmates

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I want an inventory list of all my property per OK.D.O.C. policy & I Know items were taken out by someone in property. These actions are crimes & violation of OK.D.O.C. policy & I just want my property Returned thank you

NAME: Larry Pruitt (PRINT) ODOC #: 258832 UNIT & CELL NUMBER: B-A-203

SIGNATURE: Larry Pruitt WORK ASSIGNMENT: —

DO NOT WRITE BELOW THIS LINE

DISPOSITION:

You have six totes of property in property along with a T.V., radio, fan, Ice chest, hot pot. You can ask your unit team to come inventory it, that way no one steals all of your stuff. I would appreciate you not accusing my staff

[signature] 08-31-23

STAFF MEMBER DATE

Great Plains Correctional Center
RETURNED
SEP - 1 2023
LAW LIBRARY

Date response sent to inmate/offender: ________

1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 01/22)

property has been stolen From the inmates by other inmates at this Facility & at N.F.C.C. & staff will not do anything about it which shows that staff at both Facilitys know about the thefts & choose to let it continue

See
workers of theft. Attached

OAG/Saldivar v. ODOC /WD-24-442
Investigative Report 0050

Great Plains Correctional Center
RECEIVED
SEP 05 2023
LAW LIBRARY

**Must Be Submitted Through the Law Library or Designee**

**Inmate/Offender Grievance Process**

**REQUEST TO STAFF**

TO: Mrs. Birdshead/case manager FACILITY/UNIT: G.P.C.C. DATE: 8-31-23

(NAME AND TITLE OF STAFF MEMBER)

2023 09 004

I have X have not ____ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 8-23-23 facility: G.P.C.C. grievance #: ____
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ____
This request ____ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

this is my 3rd R.T.S. concerning this matter. I have gotten my write-up & my sanctions why have you not sent my transfer packet

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

turn in my transfer packet or explain why you wont

thank you

NAME: Larry Pruitt (PRINT) ODOC #: 258832 UNIT & CELL NUMBER: B.A.203

SIGNATURE: Larry Pruitt WORK ASSIGNMENT: –

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: Transfer Request has been sent.

Received 9-19-23 [signature] 9-22-23

STAFF MEMBER DATE

Great Plains Correctional Center
RETURNED
SEP 25 2023
LAW LIBRARY

Date response sent to inmate/offender: ____

1. Original to file
2. Copy to inmate/offender

DOC 090124D
(R 01/22)

Must Be Submitted Through the Law Library or Designee

Inmate/Offender Grievance Process

REQUEST TO STAFF

TO: Mrs. Mateson / SHU Case Manager FACILITY/UNIT: G.P.C.C. DATE: 9-7-23

(NAME AND TITLE OF STAFF MEMBER) 2023091146

Great Plains Correctional Center RECEIVED SEP 12 2023 LAW LIBRARY

I have X have not ____ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 8-31-23 facility: G.P.C.C. grievance #: ____
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ____
This request ____ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

I have been in SHU since 8-15-23 I have already gotten my write-up & sanctions & need my transfer packet done

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

please turn in my transfer packet or explain why you refuse to do so

thank you

NAME: Larry Pruitt (PRINT) ODOC #: 258832 UNIT & CELL NUMBER: B-A-203

SIGNATURE: [signature] WORK ASSIGNMENT: —

DO NOT WRITE BELOW THIS LINE

DISPOSITION:

Please be patient. I am working on packet.

[signature] 9-13-23

STAFF MEMBER DATE

Great Plains Correctional Center RETURNED

Date response sent to inmate/offender: SEP 14 2023

1. Original to file.
2. Copy to inmate/offender

LAW LIBRARY

DOC 090124D (R 01/22)

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process
CASE REQUEST TO STAFF

Great Plains Correctional Center RECEIVED SEP 12 2023 LAW LIBRARY

TO: Mrs Mattson/SHU manager FACILITY/UNIT: G.P.C.C. DATE: 8-31-23
(NAME AND TITLE OF STAFF MEMBER) 2023 09 158

I have X have not ___ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 8-21-23 facility: G.P.C.C. grievance #: ______
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ______
This request ______ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

this is my 4th R.T.S. concerning this matter. I have received my write-up & sanctions week ago did you still have not turned in my transfer papers

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Send in my transfer papers to OK.D.O.C. population or explain why you refuse too!!!

Thank you

NAME: Larry Pruitt ODOC #: 258832 UNIT & CELL NUMBER: B-A 203
(PRINT)

SIGNATURE: [signature] WORK ASSIGNMENT: —

DO NOT WRITE BELOW THIS LINE

DISPOSITION:

Please be patient I am working on it

[signature] 9-13-23

STAFF MEMBER DATE

Great Plains Correctional Center RETURNED SEP 14 2023

Date response sent to inmate/offender: LAW LIBRARY
1. Original to file.
2. Copy to inmate/offender

DOC 090124D (R 01/22)

Great Plains Correctional Center
RECEIVED
SEP 15 2023

Must Be Submitted Through the Law Library or Designee

Inmate/Offender Grievance Process

REQUEST TO STAFF

TO: Wrabbaby[illegible] / SHU. Case Manager FACILITY/UNIT: G.P.C.C. DATE: 9-10-23
(NAME AND TITLE OF STAFF MEMBER)

2023-09-216

I have X have not ____ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 8-27-23 facility: G.P.C.C. grievance #: ____
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ____
This request ____ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

this is my 6th R.T.S. concerning this matter I have gotten my write-up or my sanctions of other inmates who arrived after me for the same offense are leaving before me or the other minoritys who have been waiting twice as long as the other white inmates

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

explain why white inmates are leaving faster than any minoritys & why minoritys wait twice as long to be shipped to the worst facility & turn in my packet to be shipped

NAME: Loren Pruitt ODOC #: 258832 UNIT & CELL NUMBER: B-A-203
(PRINT)
SIGNATURE: Loren Pruitt WORK ASSIGNMENT: —

DO NOT WRITE BELOW THIS LINE

DISPOSITION:
Population does all moves. I put a Transfer Pack in for you & it is in the process.

[signature] 9-19-23

STAFF MEMBER DATE

Great Plains Correctional Center
RETURNED
SEP 20 2023
LAW LIBRARY

Date response sent to inmate/offender: ____
1. Original to file.
2. Copy to inmate/offender

DOC 090124D
(R 01/22)

Great Plains Correctional Center
RECEIVED
SEP 15 2023
LAW LIBRARY

Must Be Submitted Through the Law Library or Designee

Inmate/Offender Grievance Process

## REQUEST TO STAFF

TO: Mrs Spencer/SHU Manager (NAME AND TITLE OF STAFF MEMBER) FACILITY/UNIT: G.P.C.C DATE: 9-10-23

2023 09 217

I have X have not ___ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 8-30-23 facility: G.P.C.C. grievance #: ___
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ___
This request ___ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

this is my 7th R.T.S. concerning this matter me & the other minority have waited weeks some month, & our packets have not been made & sent. White inmates who have been here for same thing or spent less time in SHU have already been sent to other Facilitys while the minority transfer-packets haven't even been Filled out

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

explain why race is playing a Factor in who leaves & who stays & explain why minoritys stay in SHU twice as long as any whites & why 1/2 the minoritys packets still haven't been Filled out & Finally why mine (I'm black) hasn't been done as well.

NAME: Larry [illegible] (PRINT) ODOC #: 258832 UNIT & CELL NUMBER: B-A-203

SIGNATURE: [signature] WORK ASSIGNMENT: —

DO NOT WRITE BELOW THIS LINE

DISPOSITION:

Population determines all moves. The Transfer Packet for you has been sent.

[signature] 9-19-23

STAFF MEMBER DATE

Great Plains Correctional Center
RETURNED
SEP 20 2023
LAW LIBRARY

Date response sent to inmate/offender: ___
1. Original to file.
2. Copy to inmate/offender

DOC 090124D (R 01/22)

Must Be Submitted Through the Law Library or Designee

Inmate/Offender Grievance Process

REQUEST TO STAFF

TO: Mrs Mathson (NAME AND TITLE OF STAFF MEMBER) FACILITY/UNIT: G.P.C.C. DATE: 9-12-23

2023-09-259 X3

I have X have not ___ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 8-21-23 facility: G.P.C.C. grievance #: ___
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ___
This request ___ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

Great Plains Correctional Center RECEIVED SEP 18 2023 LAW LIBRARY

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

this is my 15th R.T.S. concerning this matter. Mrs Mathson needs to stop lieing about turning in my transfer-packet you have not done this because you have not brought me the paper it self for me to sign so you can't turn it in without my signature per D.O.C. policy

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

stop lieing bring me my transfer-packet for me to sign and turn my sign transfer-packet into population in OK DOC. policy! and get me away from here ..... Please We Need Help !!!!

NAME: Larry Pruitt (PRINT) ODOC #: 258822 UNIT & CELL NUMBER: B-A-203

SIGNATURE: Larry Pruitt WORK ASSIGNMENT: –

DO NOT WRITE BELOW THIS LINE

DISPOSITION:

Population dictates all moves. I put a Transfer Request in on you.

[signature] STAFF MEMBER

9-19-23 DATE

Great Plains Correctional Center RETURNED SEP 20 2023 LAW LIBRARY

Date response sent to inmate/offender: ___

1. Original to file.
2. Copy to inmate/offender

DOC 090124D (R 01/22)

Must Be Submitted Through the Law Library or Designee

Inmate/Offender Grievance Process

REQUEST TO STAFF

TO: Warden (NAME AND TITLE OF STAFF MEMBER) FACILITY/UNIT: L.P.C.C. DATE: 9-13-23

I have X have not ___ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 8-21-23 facility: L.P.C.C. grievance #: ___
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ___
This request ___ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

this is my 3rd R.T.S. concerning this matter my case manager keeps Lying to me about doing my transfer pack she says she has done everyones but she has know Idea where they are. when we ask according to OK.D.O.C. policy no case managers can

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.) cont. →

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I need Mrs Mattson the B.H.U. case manager to stop Lying about fileing our transfer packets complete the forms allow me to sign them turn them into population per OK.D.O.C. policy & I need your help because she refuses to do so. Thank you.

NAME: Larry Pruitt (PRINT) ODOC #: 258832 UNIT & CELL NUMBER: B3-A-203

SIGNATURE: Larry Pruitt WORK ASSIGNMENT: –

DO NOT WRITE BELOW THIS LINE

DISPOSITION:

Transfer Packet is at Population

[signature]

STAFF MEMBER DATE 9-19-23

Great Plains Correctional Center
RETURNED
SEP 20 2023
LAW LIBRARY

Date response sent to inmate/offender: ___
1. Original to file.
2. Copy to inmate/offender

DOC 090124D (R 01/22)

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process
REQUEST TO STAFF

TO: Warden FACILITY/UNIT: L.P.C.C. DATE: 9-13-23
(NAME AND TITLE OF STAFF MEMBER)

I have X have not ___ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 8-21-23 facility: LPCC grievance #: ___
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ___
This request ___ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

I have been trying for weeks to fix the problem I'm having with property this is my 11th R.T.S concerning this matter I have been begging to have my property inventoried since 8-15-23 per OK-D.O.C. because I know items have been taken out of my property & the staff has

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I need property staff to stop slow-playing me & lying to me about my stolen property I have proof of ownership forms in my property which she also has I need my property returned & the forms to do that are provide by property personnle per OK. D.O.C. policy

NAME: Larry A. Prewitt (PRINT) ODOC #: 258832 UNIT & CELL NUMBER: B-A-203

SIGNATURE: [signature] WORK ASSIGNMENT: —

DO NOT WRITE BELOW THIS LINE

DISPOSITION:

You need to send a Request to property.

[signature] 9-19-23

STAFF MEMBER DATE

Great Plains Correctional Center
RETURNED
SEP 20 2023
LAW LIBRARY

Date response sent to inmate/offender: ___
1. Original to file.
2. Copy to inmate/offender

DOC 090124D (R 01/22)

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process
REQUEST TO STAFF

Great Plains Correctional Center RECEIVED SEP 21 2023

TO: Mrs Mattson/case manager /SHU FACILITY/UNIT: G.P.C.C. DATE: 9-18-23
(NAME AND TITLE OF STAFF MEMBER)

202309338

I have X have not ___ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: ___ facility: ___ grievance #: ___
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ___
This request ___ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

This is an 10th R.T.S. concerning this matter. you have lied to me and all the inmates on B-A about our case files which is in violation of OK-D.O.C. policy No staff can mislead or deceive an inmate concerning his or her case file: you have stated to me more than once my transfer packet was completed & filed but you cont.→

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I want you to stop lying to me & the other inmates about our transfer packet/case files & file or send my transfer packet after I sign it ASAP. thank you

NAME: Larry Pruitt ODOC #: 258832 UNIT & CELL NUMBER: B-A-203
(PRINT)

SIGNATURE: Larry Pruitt WORK ASSIGNMENT: -

DO NOT WRITE BELOW THIS LINE

DISPOSITION:

As I have told you multiple times now, I cannot complete the Transfer Request without the Misconduct.

[signature] 9-28-23

STAFF MEMBER DATE

Date response sent to inmate/offender: ___
1. Original to file.
2. Copy to inmate/offender

DOC 090124D
(R 01/22)

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process
REQUEST TO STAFF

Great Plains Correctional Center
RECEIVED
SEP 21 2023
LAW LIBRARY

TO: Warden
(NAME AND TITLE OF STAFF MEMBER) FACILITY/UNIT: G.P.C.C. DATE: 9-18-23

2023309339

I have X have not ___ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 9-7-23 facility: G.P.C.C. grievance #: ___
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ___
This request ___ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

this is my 12th R.T.S. concerning this matter I have been going back & forth with the Property Supervisor over my missing property her knowledge of it and why she refuses to do anything about my property being stolen or when she finally decides to go by OK.D.O.C. policy & do her job & proves cont.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I want my lost/stolen property returned & for OK.D.O.C. policy to be followed by all staff at this facility & her & the persons responsible for taking my property to be dealt with accordingly.

Thank you

NAME: Larry Pruitt (PRINT) ODOC #: 258832 UNIT & CELL NUMBER: B-A-203

SIGNATURE: [signature] WORK ASSIGNMENT: —

DO NOT WRITE BELOW THIS LINE

DISPOSITION:

Provide a detailed description of how your property was lost or stolen.

[signature]
STAFF MEMBER

9/20/23
DATE

Great Plains Correctional Center
RETURNED
OCT 02 2023
LAW LIBRARY

Date response sent to inmate/offender: ___
1. Original to file
2. Copy to inmate/offender

DOC 090124D
(R 01/22)

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process
REQUEST TO STAFF

TO: Warden FACILITY/UNIT: G.P.C.C. DATE: 10-4-23
(NAME AND TITLE OF STAFF MEMBER)

2023101121

Great Plains Correctional Center RECEIVED OCT 09 2023 LAW LIBRARY

I have ✓ have not ___ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 9-18-23 facility: G.P.C.C. grievance #: ___
I affirm that I do ___ do not ✓ have a grievance pending on this issue.
I affirm that I do ___ do not ✓ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ___
This request ___ does ✓ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

this is my 16th R.T.S. concerning this matter!!!! on 9-18-23 I sent you an R.T.S. about the problem I'm having with you property staff & their failure to follow OK.D.O.C. policy your response was "Provide a detailed description of how your property was lost or stolen." Only the person who stole the items can give you an detailed description of how

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.) Cont →

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I want staff to follow OK-D.O.C. policy. And stop lying on & ignoring paperwork. I need staff at this Facility to stop covering for each other, do their job & make up for the mistakes that they (not me) have done & stop making me pay for them. Return my property to me which is the right thing to do. thank you.

NAME: Larry Pruitt ODOC #: 258632 UNIT & CELL NUMBER: B-A-203
(PRINT)

SIGNATURE: [signature] WORK ASSIGNMENT: ___

DO NOT WRITE BELOW THIS LINE

DISPOSITION:

Your concern is noted.

[signature] 10-16-23

STAFF MEMBER DATE

Great Plains Correctional Center RETURNED OCT 17 2023 LAW LIBRARY

Date response sent to inmate/offender: ___
1. Original to file.
2. Copy to inmate/offender

DOC 090124D
(R 01/22)

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: Mrs Spitwer Unit Manager /SMU FACILITY/UNIT: G.P.C.C. DATE: 10-25-23
(NAME AND TITLE OF STAFF MEMBER) 202311025

I have ____ have not X already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 9-10-23 facility: G.P.C.C. grievance #: ____
I affirm that I do ____ do not X have a grievance pending on this issue.
I affirm that I do ____ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ____
This request ____ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

This is my 7th R.T.S. concerning this matter. According to OK.D.O.C. policy (040204-OP) every inmate in S.M.U. is to Receive 3 showers or be allowed to shave everytime an inmate showers so stop laing to us or do your job

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Give me my 3 showers a week or allow me to shave everytime I take a shower in accordance with OK.D.O.C. policy (040204-OP) this is your unit or therefore you are Respons-able to make sure you or staff follow OK.D.O.C. policy

NAME: Larry Pruitt (PRINT) ODOC #: 258832 UNIT & CELL NUMBER: B-A-203

SIGNATURE: [signature] WORK ASSIGNMENT: —

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
you are getting Showers every 72 hours.

[signature]
STAFF MEMBER

Great Plains Correctional Center
RECEIVED
NOV 02 2023
LAW LIBRARY

DATE 11-2-23

Great Plains Correctional Center
RETURNED
NOV 06 2023
LAW LIBRARY

Date response sent to inmate/offender: ____

1. Original to file
2. Copy to inmate/offender

DOC 090124D
(R 01/22)

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process
REQUEST TO STAFF

TO: Mrs Matson/Case Manager /SMU (NAME AND TITLE OF STAFF MEMBER) FACILITY/UNIT: G.P.C.C. DATE: 11-4-23

2023 11 225

I have X have not ___ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 10-28-23 facility: G.P.C.C. grievance #: ___
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ___
This request ___ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

this is my 9th R.T.S. concerning this matter. Why haven't you given me my 120 adjustment Review which is mandatory according to OK.D.O.C. policy you are not doing your job & violating OK.D.O.C. policy you are not doing anyones paperwork in S.M.U.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Give me my 120 day Adjustment Review which is mandatory or I want my copy of it as well

NAME: Larry Pruitt (PRINT) ODOC #: 358832 UNIT & CELL NUMBER: B4-203

SIGNATURE: [signature] WORK ASSIGNMENT: —

DO NOT WRITE BELOW THIS LINE

DISPOSITION:

Per Policy, Refusing Housing equates to ineligibility for Promotion due to poor behavior.

[signature] 11-15-23

STAFF MEMBER DATE

Great Plains Correctional Center RECEIVED NOV 14 2023 LAW LIBRARY

Great Plains Correctional Center RETURNED NOV 16 2023 LAW LIBRARY

Date response sent to inmate/offender:
1. Original to file
2. Copy to inmate/offender

DOC 090124D

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process
/S.M.U. REQUEST TO STAFF

TO: Mrs Allen /Unit Manager (NAME AND TITLE OF STAFF MEMBER) FACILITY/UNIT: G.P.C.C. DATE: 11-8-23

2023-11-256

I have X have not ____ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 10-28-23 facility: G.P.C.C. grievance #: ____
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ____
This request ____ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

this is my 15th R.T.S. concerning this matter!!!! I'm eligible for level 2 & I have already been punished for refusing housing & received & finished all sanctions for the write-up for refusing housing. No-one can keep punishing me for the write-up by withholding my level 2 OK.D.O.C. cont. →

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I want my level 2 per OK.D.O.C. policy OP-040204 and my conduct & behavior has been fine & I can't be punished beyond sanctions for any write-up also without the Administrator of Institutions' say so every program & privilege must be granted including my level 2 unless you can show an memo from Him saying other

NAME: Larry Pruitt (PRINT) ODOC #: 258832 UNIT & CELL NUMBER: BA-203

SIGNATURE: Larry Pruitt WORK ASSIGNMENT: —

DO NOT WRITE BELOW THIS LINE

DISPOSITION:

you are continuing to refuse housing which is continued poor behavior.

[signature] 11-15-23

STAFF MEMBER DATE

Great Plains Correctional Center RETURNED NOV 16 2023 LAW LIBRARY

Great Plains Correctional Center RECEIVED NOV 15 2023 LAW LIBRARY

Date response sent to inmate/offender: ____
1. Original to file.
2. Copy to inmate/offender

DOC 090124D (R 01/22)

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: Mrs. Allen/Unit Manager /SMU FACILITY/UNIT: L.P.C.C. DATE: 11-13-23
(NAME AND TITLE OF STAFF MEMBER) 2023 11-417

I have X have not _____ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 10-28-23 facility: L.P.C.C. grievance #: ______
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ______
This request ______ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

this is an 19th R.T.S. concerning this matter. I would like my level-2 which OK. D.O.C. I should have. No One can use an write-up I received months ago an served all of its santions against me so I cant receive my level-2 also per OK.D.O.C policy. My current status is E.R.H. & I am awaiting transport not Refusing housing per OK. D.O.C. policy

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I would like my Level-2 A.S.A.P. per OK. D.O.C. policy OP-040204 or produce all paperwork (including written justification from the Administor of Institutions concerning me & not other inmates, per OK. D.O.C. policy) stating why I cant have it thank you

NAME: Larry Pruitt (PRINT) ODOC #: 258832 UNIT & CELL NUMBER: B-A-203

SIGNATURE: Larry Pruitt WORK ASSIGNMENT: —

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
you refused housing and continue to do so this is continued poor behavior which warrants level 1

[signature] 11-16-23

STAFF MEMBER DATE

Great Plains Correctional Center RECEIVED NOV 16 2023

Great Plains Correctional Center RETURNED NOV 27 2023 LAW LIBRARY

Date response sent to inmate/offender: ______
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 01/22)

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: Franklin / Warden of G.P.C.C. (NAME AND TITLE OF STAFF MEMBER) FACILITY/UNIT: G.P.C.C DATE: 11-12-23

2023 11 418

I have X have not ___ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 10-28-23 facility: G.P.C.C grievance #: ___
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ___
This request ___ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

this is my 7th R.T.S. concerning this matter. For months now Mrs Allen & the rest of your staff in S.M.U. have refused to go by any OK.D.O.C. policy they refuse to do any of the paperwork mandated by OK.DOC policy (Adjustment Review, Seg Reviews, transfer packets, parole or bed moves) Mrs Allen refuses to give me my Level 2 (also per policy)

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I am asking you to make Mrs Allen do her job according to OK.D.O.C. policy & give me my Level-2 & put my transfer packet in it has been months thank you

NAME: Larry Pruitt (PRINT) ODOC #: 258832 UNIT & CELL NUMBER: B-1-203

SIGNATURE: Larry Pruitt WORK ASSIGNMENT: -

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
you continue to refuse housing which constitutes poor behavior — you will be level 1 till this changes

[signature] 11-21-23

STAFF MEMBER DATE

Date response sent to inmate/offender: ___

Great Plains Correctional Center RECEIVED NOV 16 2023 LAW LIBRARY

Great Plains Correctional Center RETURNED NOV 27 2023 LAW LIBRARY

1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 01/22)

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: Head Warden/Facility Head (NAME AND TITLE OF STAFF MEMBER) FACILITY/UNIT: G.P.C.C. DATE: 11-20-23

2023 11 486

I have X have not ___ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 11-7-23 facility: G.P.C.C. grievance #: ______
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ______
This request ___ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

this is my 12th R.T.S. concerning this matter. For months your staff have refused to go by the O.D.O.C. policy concerning S.M.U. I have asked you many time why you allow your staff to violate a Oklahoma Law by not giving inmates their level 2 including myself to with hold my level requires the written justification from the Administrator of Institutions

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.) →

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I want my Level 2 & for staff (Mrs. Allen & the S.M.U. staff) to stop violating our rights & follow Oklahoma Department of Corrections policy which is required by Oklahoma State Law

NAME: Larry Pruitt (PRINT) ODOC #: 258832 UNIT & CELL NUMBER: B-A-203

SIGNATURE: [signature] WORK ASSIGNMENT: —

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:

If you continue to Refuse housing you will remain level 1 or if you in SMU for disciplinary reasons you will Remain level 1 until you come out of SMU or ship

Cheryl Wall CM IV 12-1-23

STAFF MEMBER DATE

Great Plains Correctional Center
RECEIVED
NOV 22 2023
LAW LIBRARY

Date response sent to inmate/offender: ______

1. Original to file
2. Copy to inmate/offender

DOC 090124D
(R 01/22)

Must Be Submitted Through the Law Library or Designee

Inmate/Offender Grievance Process

## REQUEST TO STAFF

TO: Mrs. Mattson / SMU / case manager FACILITY/UNIT: L.P.C.C DATE: 11-22-23

(NAME AND TITLE OF STAFF MEMBER) 2023111020

I have X have not ___ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 11-7-23 facility: L.P.C.C. grievance #: ___
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ___
This request ___ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

this is my 2nd R.T.S. concerning this matter, I have asked you for a copy of my transfer packet & you refuse to give me one, I believe it is because you are lying about sending it in on 9-12-23 & have been lying about it for months now & OK DOC policy states I can see my case file upon my request so I'm requesting now

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I want you to explain why you will not give me a copy of the transfer packet & explain why you are refusing to show me something in my file which is my right to see according to OK.D.O.C. policy

NAME: Kenny Prewitt (PRINT) ODOC #: 258838 UNIT & CELL NUMBER: B-A-203

SIGNATURE: Kenny Prewitt WORK ASSIGNMENT: -

DO NOT WRITE BELOW THIS LINE

DISPOSITION:

you are not required to be provided a copy. You have been transferred to JCCC

[signature] 12-1-23

STAFF MEMBER DATE

Great Plains Correctional Center RECEIVED DEC 01 2023 LAW LIBRARY

Great Plains Correctional Center RETURNED DEC 04 2023 LAW LIBRARY

Date response sent to inmate/offender: DEC 01 2023

1. Original to file.
2. Copy to inmate/offender

DOC 090124D (R 01/22)

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process
REQUEST TO STAFF

TO: Warden/Facility head FACILITY/UNIT: G.P.C.C. DATE: 11-27-23
(NAME AND TITLE OF STAFF MEMBER) 2023 12 054

I have X have not ____ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 11-10-23 facility: G.P.C.C. grievance #: ____
I affirm that I do ____ do not X have a grievance pending on this issue.
I affirm that I do ____ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ____
This request ____ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

I need to speak with ~~[illegible]~~ in person. O.K. D.O.C. policy says you should have come to S.M.U. once a week & I have been here months & have never seen you this is unfair. The issue I need to speak with you about can only be handled by the warden of this facility

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

As per OK. D.O.C. policy OP-040204 I am asking to speak with you the warden of G.P.C.C. in person concerning an very important issue I am having in S.M.U. that requires your (the warden's) help. D.O.C. policy states I (S.M.U.) should receive once weekly visits from most of administration

NAME: Larry Pruitt (PRINT) ODOC#: 258832 UNIT & CELL NUMBER: B-A203

SIGNATURE: Larry Pruitt WORK ASSIGNMENT: —

DO NOT WRITE BELOW THIS LINE

DISPOSITION:
I do go to SMU once if not twice a week.

CH 1-10-24

STAFF MEMBER DATE

Great Plains Correctional Center RECEIVED DEC 07 2023 LAW LIBRARY

Great Plains Correctional Center RETURNED JAN 16 2024 LAW LIBRARY

Date response sent to inmate/offender: ____

1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 01/22)