# ATTACHMENT

# 10

OAG/Saldivar v. ODOC /WD-24-442
Investigative Report 0070

Great Plains Correctional Center

**RECEIVED**
AUG 3 0 2023
LAW LIBRARY

Must Be Submitted Through the Law Library or Designee
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: Mr. Walkup
(NAME AND TITLE OF STAFF MEMBER)

FACILITY/UNIT: GPCC/D   DATE: 8-27-23

2023 08 619

I have ___ have not ✓ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ___ do not ✓ have a grievance pending on this issue.
I affirm that I do ___ do not ✓ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request ___ does ✓ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

~~When I got put in lockup on 8-11-23~~ My T.V., Ice chest, Surge protector was stolen out of Delta D space. We have the letter you wrote saying it was. I have all my reciepts for my property

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.
Please help me get my things replaced. Thank you

NAME: Ronnie Smith   ODOC #: 573623   UNIT & CELL NUMBER: E/A-07
(PRINT)
SIGNATURE: Ronnie Smith   WORK ASSIGNMENT: None

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
Doc is not responsible for lost stolen property.

STAFF MEMBER: JM Rushing   DATE: 8/30/23

Great Plains Correctional Center
**RETURNED**
SEP -4 2023
LAW LIBRARY

Date response sent to inmate/offender: _____
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 01/22)

**OAG/Saldivar v. ODOC /WD-24-442**
**Investigative Report 0071**

Great Plains Correctional Center
**RECEIVED**
OCT 03 2023
LAW LIBRARY

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: __Medical__       FACILITY/UNIT: __GPCC__       DATE: __9-28-23__
(NAME AND TITLE OF STAFF MEMBER)
2023 10 075

I have ___ have not _✓_ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ___ do not _✓_ have a grievance pending on this issue.
I affirm that I do ___ do not _✓_ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request ___ does _✓_ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

Please clear me where I can work in the kitchen.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)
**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Clear me where I can work in Kitchen.

NAME: __Ronnie Smith__       ODOC #: __573623__       UNIT & CELL NUMBER: __EA-07__
        (PRINT)
SIGNATURE: __[signature]__       WORK ASSIGNMENT: __none__

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: You are approved to work in the kitchen

__[signature]__                           __10/7/23__
STAFF MEMBER                                DATE

Date response sent to inmate/offender: _____
1. Original to file
2. Copy to inmate/offender

Great Plains Correctional Center
**RETURNED**
OCT 23 2023
LAW LIBRARY

DOC 090124D
(R 01/22)

OAG/Saldivar v. ODOC /WD-24-442
Investigative Report 0072

## Inmate/Offender Grievance Process
### REQUEST TO STAFF

TO: **Chaplain Card**
(NAME AND TITLE OF STAFF MEMBER)

FACILITY/UNIT: **GPCC**

DATE: **1-24-23**

2024-02-058

I have ____ have not ✓ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ____ do not ✓ have a grievance pending on this issue.
I affirm that I do ____ do not ✓ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request ____ does ✓ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

Sir I was in your office today to look up why I was not approved for passover meals. When I've been on Kosher for the past 2yrs from Sayre to here please get the corrected.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Change my CPC Card for Religion to Messianic/Hebrew and update it in OMES please. Thank you

NAME: **Ronnie Smith** (PRINT)
ODOC #: **573623**
UNIT & CELL NUMBER: **EH-08**

SIGNATURE: /s/
WORK ASSIGNMENT: **Baker**

---

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
Sent to Records for Change of Religion. But passover sign up has passed. Sorry

STAFF MEMBER: Chaplain Jack
DATE: 2-12-24

Great Plains Correctional Center
RECEIVED

Date response sent to inmate/offender: _____
JAN 29 2024
1. Original to file
2. Copy to inmate/offender
LAW LIBRARY

DOC 090124D
(R 01/22)

Inmate/Offender Grievance Process
REQUEST TO STAFF

TO: Chaplain
(NAME AND TITLE OF STAFF MEMBER)

FACILITY/UNIT: GPCC    DATE: 5-5-24

2024051102

I have ___ have not ✓ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ___ do not ✓ have a grievance pending on this issue.
I affirm that I do ___ do not ✓ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request ___ does ✓ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

Can you please check and see if records or Diane changed my Religious status to Messianic/Jewish.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

My status update.

NAME: Ronnie Smith (PRINT)   ODOC #: 573623   UNIT & CELL NUMBER: CA 209

SIGNATURE: _____   WORK ASSIGNMENT: Baker

DO NOT WRITE BELOW THIS LINE

DISPOSITION: Sent to Records for Change of Religion.

STAFF MEMBER: Chaplain [signed]   DATE: 5-30-24

Date response sent to inmate/offender:
1. Original to file
2. Copy to inmate/offender

Great Plains Correctional Center
RECEIVED
MAY 08 2024
LAW LIBRARY

Great Plains Correctional Center
RETURNED
JUN 03 2024
LAW LIBRARY

DOC 090124D
(R 01/22)

OAG/Saldivar v. ODOC /WD-24-442
Investigative Report 0074

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process
REQUEST TO STAFF

TO: Chaplain Laird   FACILITY/UNIT: GPCC   DATE: 5-20-24
(NAME AND TITLE OF STAFF MEMBER)
202405283

I have _X_ have not ___ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 1-24-24 facility: GPCC grievance #: 202902058
I affirm that I do ___ do not _X_ have a grievance pending on this issue.
I affirm that I do ___ do not _X_ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ___
This request ___ does _X_ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

I sent you a request back in Jan to update my CRC with messianic/Jew because of passover we looked and it didn't transfer over from SIAYC when I was in your office on OMIS. I've been on Kosher for 3yrs now

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.
Make sure this is updated with records and on ones like you said you did on the above RTS # 202902058

NAME: Ronnie Smith   ODOC#: 573623   UNIT & CELL NUMBER: CA-209
(PRINT)
SIGNATURE: Ronnie Smith   WORK ASSIGNMENT: AM Baker

DO NOT WRITE BELOW THIS LINE
DISPOSITION:
Sent to Recoeres for Change of Religion

MAY 21 2024

Chaplain Laird                LAW LIBRARY 5-30-24
STAFF MEMBER                           DATE
Great Plains Correctional Center    Great Plains Correctional Center
RECEIVED                              RETURNED
Date response sent to inmate/offender
1. Original to file
2. Copy to inmate/offender
MAY 21 2024                           JUN 03 2024  DOC 090124D
LAW LIBRARY                           LAW LIBRARY    (R 01/22)

OAG/Saldivar v. ODOC /WD-24-442
Investigative Report 0075

Inmate/Offender Grievance Process
REQUEST TO STAFF

TO: Cold CAnteen          FACILITY/UNIT: GPCC          DATE: 5-31-24
(NAME AND TITLE OF STAFF MEMBER)
                                                        2024060 85

I have ___ have not _X_ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ___ do not _X_ have a grievance pending on this issue.
I affirm that I do ___ do not _X_ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request ___ does _X_ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

Products that are Kosher being marked on the order forms correctly. Such as Gatorade, All fages and Orange juice are kosher.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

please update forms.

NAME: Ronnie Smith        ODOC #: 573623   UNIT & CELL NUMBER: CA-209
(PRINT)
SIGNATURE: _____        WORK ASSIGNMENT: Lead Baker

DO NOT WRITE BELOW THIS LINE

DISPOSITION: It has been rectified, Thank You!
             Shauna Hohman
             Canteen Supervisor

STAFF MEMBER                            DATE

Great Plains Correctional Center        Great Plains Correctional Center
Date responded to inmate/offender:      RETURNED
RECEIVED
1. Original to file                     JUN 06 2024    DOC 090124D
2. Copy to inmate/offender  JUN 04 2024                (R 01/22)

LAW LIBRARY                             LAW LIBRARY

OAG/Saldivar v. ODOC /WD-24-442
Investigative Report 0076

## Inmate/Offender Grievance Process
### REQUEST TO STAFF

TO: Chaplain
(NAME AND TITLE OF STAFF MEMBER)
FACILITY/UNIT: GPCC
DATE: 6-20-24

2024-06-4/2

I have ___ have not _X_ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ___ do not _X_ have a grievance pending on this issue.
I affirm that I do ___ do not _X_ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request ___ does _X_ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

Need to know whenther Records has updated my Religous status yet.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Please Check

NAME: Bonnie Smith ODOC #: 573623 UNIT & CELL NUMBER: CA-209
(PRINT)
SIGNATURE: [signature] WORK ASSIGNMENT: Lead Barber

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:

STAFF MEMBER                                    DATE

Date response sent to inmate/offender: _____
1. Original to file
2. Copy to inmate/offender

Great Plains Correctional Center
RECEIVED 060124D
JUN 27 2024
LAW LIBRARY

OAG/Saldivar v. ODOC /WD-24-442
**Investigative Report 0077**

## Must Be Submitted Through the Law Library or Designee
## Inmate/Offender Grievance Process
### REQUEST TO STAFF

TO: Medical/Optom.4ay (NAME AND TITLE OF STAFF MEMBER)   FACILITY/UNIT: GPCC   DATE: 7-8-24

2024070138

I have ___ have not ✓ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ___ do not ✓ have a grievance pending on this issue.
I affirm that I do ___ do not ✓ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request ___ does ✓ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

Myself + my mother can't read the Rx Details for my glasses where she can get them ordered for me.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Can someone please get me the Rx Details especally the one box that we can't make out what it says. Where we can get my glasses ordered. Thank you

NAME: Bonnie Smith (PRINT)   ODOC #: 573623   UNIT & CELL NUMBER: CA-209
SIGNATURE: [signature]   WORK ASSIGNMENT: Lead AM Baker

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:

STAFF MEMBER                                   DATE

Date response sent to inmate/offender:
1. Original to file
2. Copy to inmate/offender

Great Plains Correctional Center
RECEIVED
JUL 08 2024
LAW LIBRARY

DOC 090124D (R 01/22)

OAG/Saldivar v. ODOC /WD-24-442
Investigative Report 0078