# ATTACHMENT

# 11

OAG/Saldivar v. ODOC /WD-24-442
Investigative Report 0079

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process
**REQUEST TO STAFF**

TO: Medical (NAME AND TITLE OF STAFF MEMBER)   FACILITY/UNIT: GPCC   DATE: 9-25-23

2023 10040

Great Plains Correctional Center RECEIVED

I have ___ have not ☒ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: ☒   facility: ☒   grievance #: ☒
I affirm that I do ___ do not ☒ have a grievance pending on this issue.
I affirm that I do ___ do not ☒ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ☒
This request ___ does ☒ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

I was Told By medical That They was going To Run Tests for a colin Desies or cancer 2 months ago & They have falled To do so & I've Put in multiple Medical Requests

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I need To Be Seen By medical Doctor Related to This issue & my Stomich Problems.

NAME: Chris Hicks (PRINT)   ODOC #: 600267   UNIT & CELL NUMBER: E∑-10
SIGNATURE: [signature]   WORK ASSIGNMENT: ☒

DO NOT WRITE BELOW THIS LINE

DISPOSITION:
You were scheduled for 10/3/23.

[signature]   10/2/23
STAFF MEMBER   DATE

Great Plains Correctional Center
RETURNED
OCT 16 2023
LAW LIBRARY

Date response sent to inmate/offender: ___
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 01/22)

OAG/Saldivar v. ODOC /WD-24-442
Investigative Report 0080

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: Warden (NAME AND TITLE OF STAFF MEMBER)   FACILITY/UNIT: G.P.C.C.   DATE: 11-7-23

2023 11 343

I have ___ have not _X_ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____   facility: _____   grievance #: _____
I affirm that I do ___ do not _X_ have a grievance pending on this issue.
I affirm that I do ___ do not _X_ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request ___ does _X_ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

On about 10-17-23/10-18-23. I was in a Argument over Coat size with miss Alen & end up getting pushed By her & All of cell E-8-10 & more inmates on E-E-Unit, which Contain

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I would like miss allen Reprimanded for the Assult & To Have my Property Back

god Bless

NAME: Christopher Hicks   ODOC #: 602267   UNIT & CELL NUMBER: D-D-7
(PRINT)
SIGNATURE: _[signature]_   WORK ASSIGNMENT: _X_

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
ODOC is not responsible for unsecured property. There is no evidence to support the claim of Ms. Allen being involved in your assault.

STAFF MEMBER: _[signature]_   DATE: 11/21/23

Great Plains Correctional Center
RETURNED
NOV 27 2023
LAW LIBRARY

Great Plains Correctional Center
Date response sent to inmate/offender: _____
1. Original to file
2. Copy to inmate/offender   NOV 15 2023
LAW LIBRARY

DOC 090124D
(R 01/22)

OAG/Saldivar v. ODOC /WD-24-442
Investigative Report 0081

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: Warden _____ FACILITY/UNIT: GPCC   DATE: 1-5-24
(NAME AND TITLE OF STAFF MEMBER)   2024-01-155

> I have _X_ have not ____ already submitted a "Request to Staff" or grievance on this same issue.
> If yes, what date: 11-7-23   facility: GPCC   grievance #: 2023-11-342
> I affirm that I do ___ do not _X_ have a grievance pending on this issue.
> I affirm that I do ___ do not _X_ have a lawsuit of any type pending that relates in any way to this issue.
> If a lawsuit is pending, indicate case number and court: ___
> This request ___ does ___ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

I have been Chasing the paper trail & trying to find out what Happen to my property that is missing & the unit manager who packed my property said it all ended up in property w/a property recipt which when I

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I need my property Returned T.V. - Surge Protecter - Photo Albums - legal work - dishes, Please figure out what Happened to my stuff. Please & thank you

NAME: Chris Hicks   ODOC #: 600267   UNIT & CELL NUMBER: D-D-3
(PRINT)
SIGNATURE: [signature]   WORK ASSIGNMENT: ___

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: You need to send this request to your Unit Manager.

STAFF MEMBER: [signature]   DATE: 1/17/24

Great Plains Correctional Center RECEIVED JAN 08 2024 LAW LIBRARY

Great Plains Correctional Center RETURNED JAN 19 2024 LAW LIBRARY

Date response sent to inmate/offender: ___
1. Original to file
2. Copy to inmate/offender

DOC 090124D
(R 01/22)

**OAG/Saldivar v. ODOC /WD-24-442**
**Investigative Report 0082**