# ATTACHMENT

# 12

OAG/Saldivar v. ODOC /WD-24-442
Investigative Report 0083

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process
# REQUEST TO STAFF

TO: __Mrs. Allen 4/M Provo__ FACILITY/UNIT: __G.P.C.C.__ DATE: __2-26-24__
(NAME AND TITLE OF STAFF MEMBER)   2024025 18

| | |
|---|---|
| I have ___ have not _X_ already submitted a "Request to Staff" or grievance on this same issue. | |
| If yes, what date: ____ facility: ____ grievance #: ____ | |
| I affirm that I do ___ do not _X_ have a grievance pending on this issue. | |
| I affirm that I do ___ do not _X_ have a lawsuit of any type pending that relates in any way to this issue. | |
| If a lawsuit is pending, indicate case number and court: ____ | |
| This request ___ does ___ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct. | |

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

I would like to call my lawyer A.S.A.P please and thank you

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)
ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

abet the I would like to call lawyer AsAp

NAME: __Michael White__ (PRINT)   ODOC #: __671170__   UNIT & CELL NUMBER: __BB-209__

SIGNATURE: ____   WORK ASSIGNMENT: ____

---
DO NOT WRITE BELOW THIS LINE

DISPOSITION: Added — provided

Great Plains Correctional Center RECEIVED FEB 28 2024 LAW LIBRARY

STAFF MEMBER   DATE  3-13-24

Great Plains Correctional Center
**RETURNED**
MAR 13 2024
LAW LIBRARY

Date response sent to inmate/offender: ____
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 01/22)

OAG/Saldivar v. ODOC /WD-24-442
Investigative Report 0084