# ATTACHMENT

# 13

OAG/Saldivar v. ODOC /WD-24-442
Investigative Report 0085

| Number | DOC # | Last | First | House | Code | Received | Disposition | Signed by Inmate | Code | Misc. |
|---|---|---|---|---|---|---|---|---|---|---|
| 23-01 | | | | DB 11 | 8 | 6/19/2023 | 7/5/2023 | 7/17/2023 | 0 | OUT OF TIME, NOT FILLED OUT |
| 23-01 | | | | AD 205 | 4 | 6/5/2023 | 6/26/2023 | 7/5/2023 | 0 | RTS |
| 23-02 | | | | ED 01 | 2 | 6/19/2023 | 7/5/2023 | 7/17/2023 | 0 | no RTS, not filled out |
| 23-02 | | | | | 3 | 6/5/2023 | 6/26/2023 | 7/5/2023 | | NOT FILLED OUT, NOT SIGNED, NO |
| 23-03 | | | | BD 103 | 4 | 6/19/2023 | 7/5/2023 | 7/17/2023 | 0 | RTS |
| 23-04 | | | | CC 111 | 8 | 6/20/2023 | 7/5/2023 | 7/17/2023 | 0 | OUT OF TIME FROM RTS |
| 23-05 | | | | EE 03 | 4 | 6/20/2023 | 7/5/2023 | 7/12/2023 | 3 | POLICY PROVIDES INSTRUCTION O HOW TO SUBMIT. |
| 23-06 | | | | EE 03 | 3 | 6/20/2023 | 7/10/2023 | 7/17/2023 | 1 | SEE ATTACHED ANSWERED RTS |
| 23-07 | | | | BB 107 | 4 | 6/23/2023 | 7/10/2023 | 7/17/2023 | 0 | NO RTS, NOT FILLED OUT |
| 23-08 | | | | DE 02 | 8 | 6/26/2023 | 7/10/2023 | 7/17/2023 | 0 | OUT OF TIME |
| 23-09 | | | N | DE | 8 | 6/26/2023 | 7/13/2023 | 7/17/2023 | 0 | out of time, scribbling |
| 23-10 | | | | EE 03 | 4 | 6/29/2023 | 7/13/2023 | 7/26/2023 | 0 | out of time |
| 23-11 | | | | CA 201 | 8 | 7/5/2023 | 7/13/2023 | 7/26/2023 | 0 | NOT FILLED OUT / OUT OF TIME |
| 23-12 | | | | EE 03 | 3 | 7/5/2023 | 7/13/2023 | 7/26/2023 | 0 | out of time from incident |
| 23-13 | | | | AB 109 | 8 | 7/5/2023 | 7/25/2023 | 7/26/2023 | 0 | NEEDS TO BE MAILED |
| 23-14 | | | | EA 01 | 8 | 7/6/2023 | 7/13/2023 | 7/26/2023 | 0 | NEEDS TO BE MAILED |
| 23-15 | | | | EA 01 | 8 | 7/6/2023 | 7/13/203 | 7/26/2023 | 0 | MULTIPLE |
| 23-16 | | | | DE 01 | 3 | 7/6/2023 | 7/13/2023 | 7/26/2023 | 0 | NO rts |
| 23-17 | | | | BB 206 | 8 | 7/6/2023 | 7/13/2023 | 7/26/2023 | 0 | NOT FILLED OUT / OUT OF TIME |
| 23-18 | | | | EE 08 | 3 | 7/10/2023 | 7/25/2023 | 7/26/2023 | 0 | PREVIOUSLY GREIVED AT LCF/ multiple issues/ grievance warning issued |
| 23-19 | | | | AD 205 | 3 | 7/10/2023 | 7/25/2023 | 7/26/2023 | 0 | NOT SIGNED, NO RTS |
| 23-20 | | | | AA 102 | 9 | 7/13/2023 | 8/2/2023 | 8/8/2023 | 0 | NO RTS, |
| 23-21 | | | | ED 04 | 8 | 7/13/2023 | 8/2/2023 | 8/8/2023 | 0 | NO RTS, MULTIPLE ISSUES, NOT FILLED OUT |
| 23-22 | | | | EH 09 | 8/3/7/4 | 7/14/2023 | 8/2/2023 | 8/8/2023 | 0 | NO RTS, MAY ONLY ASSERT NON RESPONSE |
| 23-23 | | | | BB 203 | 3 | 7/24/2023 | 8/2/2023 | 8/8/2023 | 0 | request for staff discipline, out of time from incident |
| 23-24 | | | | EH 06 | 3 | 7/24/2023 | 8/3/2023 | 8/8/2023 | 0 | NO RTS |
| 23-25 | | | | EH 09 | 8 | 7/24/2023 | 8/4/2023 | 8/8/2023 | 0 | NO RTS |
| 23-26 | | | | CB 204 | 3 | 7/24/2023 | 8/29/2023 | | 1 | SEE ATTACHED ANSWERED RTS |

| ID | Facility | Col3 | Date1 | Date2 | Date3 | Col7 | Notes |
|---|---|---|---|---|---|---|---|
| 23-27 | EE 06 | 7 | 7/24/2023 | 8/4/2023 | 8/8/2023 | 0 | NO RTS / NOT SIGNED |
| 23-28 | DC 10 | 8 | 7/24/2023 | 8/4/2023 | 8/8/2023 | 0 | NO RTS / NOT SIGNED |
| 23-29 | DB 10 | 3 | 7/24/2023 | 8/4/2023 | 8/8/2023 | 1 | SEE ATTACHED ANSWERED RTS |
| 23-30 | JHCC | 8 | 7/24/2023 | 8/4/2023 | | 0 | Not dated/ attachments |
| 23-31 | EG 02 | 7 | 7/24/2023 | 8/4/2023 | 8/8/2023 | 0 | NOT FILLED OUT / SCRIBBLED ON |
| 23-32 | EE 07 | 2 | 7/24/2023 | 8/4/2023 | 8/8/2023 | 0 | NON RESPONSE |
| 23-33 | BB 207 | 4 | 7/24/2023 | 8/4/2023 | 8/8/2023 | 0 | NOT DATED/ NO RTS |
| 23-34 | CB 106 | 3 | 7/24/2023 | 8/4/2023 | 8/8/2023 | 0 | NO RTS, NOT DATES OR SIGNED |
| 23-35 | BA 104 | 3 | 7/24/2023 | 8/4/2023 | 8/8/2023 | 0 | NOT SIGNED, OUT OF TIME FROM INCIDENT |
| 23-36 | CA 215 | 3 | 7/25/2023 | 8/4/2023 | 8/8/2023 | 0 | HAS NOT BEEN THIRTY DAYS |
| 23-37 | DA 10 | 4 | 7/25/2023 | 8/8/2023 | 8/8/2023 | 1 | SEE ATTACHED ANSWERED RTS |
| 23-38 | EE 03 | 7 | 7/26/2023 | 8/8/2023 | 8/29/2023 | 0 | NO RTS / NOT FILLED OUT |
| 23-39 | DCCC | 4 | 7/26/2023 | 8/15/2023 | | 0 | OUT OF TIME FROM RESPONSE |
| 23-40 | DCCC | 4 | 7/26/2023 | 8/15/2023 | | 0 | HAS NOT BEEN THIRTY DAYS / ONLY GRIEVE NON RESPONSE |
| 23-41 | CB 204 | 8 | 8/1/2023 | 8/22/2023 | 8/29/2023 | 1 | SEE ATTACHED ANSWERED RTS |
| 23-42 | DC 08 | 4 / 8 | 8/1/2023 | 8/22/2023 | 8/29/2023 | 0 | NOT FILLED OUT/ REMEDY NOT CONSISTENT /ATTACHMENTS. MULTIPLE ATTACHMENTS/ OUT OF TIME FROM RESP. |
| 23-43 | DC 07 | 8 | 8/1/2023 | 8/22/2023 | 8/29/2023 | 0 | HAS BEEN MORE THAN 60 DAYS/ ISSUE FROM A CLOSED FACILITY |
| 23-44 | EE 03 | 3 | 8/1/2023 | 8/22/2023 | 8/29/2023 | 1 | SEE ATTACHED ANSWERED RTS |
| 23-45 | EE 03 | 3 | 8/1/2023 | 8/22/2023 | 8/29/2023 | 0 | OUT OF TIME FROM RESPONSE |
| 23-46 | CC 121 | 8 | 8/1/2023 | 8/22/2023 | 8/29/2023 | 0 | no doodling |
| 23-47 | DCF | 6 | 8/4/2023 | 8/23/2023 | | 0 | SCRIBBLES, NO RTS |
| 23-48 | CA 215 | 3 | 8/9/2023 | 8/23/2023 | 8/29/2023 | 0 | not signed |
| 23-49 | EC 02 | 7 | 8/3/2023 | 8/22/2023 | 9/12/2023 | 0 | no RTS/ not grievable |
| 23-50 | CA 108 | 8 | 8/15/2023 | 8/30/2023 | 9/14/2023 | 0 | not RTS |
| 23-51 | BD 205 | 3 | 8/15/2023 | 8/30/2023 | | 0 | wrong facility / out of time |
| 23-52 | BD 107 | 8 | 8/15/2023 | 8/30/2023 | | 2 | Clippers are being provided to the units |
| 23-53 | BD 107 | 4 | 8/15/2023 | 8/30/2023 | | 0 | no RTS |
| 23-54 | EE 08 | 2 | 8/16/2023 | 8/30/2023 | 9/12/2023 | 0 | no RTS |
| 23-55 | DG 01 | 8 | 8/16/2023 | 8/30/2023 | 9/13/2023 | 0 | attachments / not signed |
| 23-56 | DB 07 | 8 | 8/16/2023 | | 9/14/2023 | 0 | NO RTS / NOT SIGNED |

| ID | | Location | # | Date 1 | Date 2 | Notes |
|---|---|---|---|---|---|---|
| 23-57 | | EE 07 | 2 | 8/17/2023 | 8/30/2023 | 0 NOT SIGNED OR DATED |
| 23-58 | | BD 107 | 2 | 8/18/2023 | 8/30/2023 | 1 TRANSFER PACKET SUBMITTED |
| 23-59 | | JCCC | 6 | 8/21/2023 | 8/30/2023 | ACCESS TO LAW LIBRARY IS PROVIDED/ INMATE HAS |
| 23-60 | | JCCC | 4 | 8/21/2023 | 8/30/2023 | 2 TRANSFERRED |
| 23-61 | | BA 203 | 2 | 8/21/2023 | 8/30/2023 | complaint noted/ inmate has transferred |
| 23-62 | | JCCC | 7 | 8/21/2023 | 8/30/2023 | 0 NO RTS |
| 23-63 | | JHCC | 5 | 8/21/2023 | 8/30/2023 | Medical Staff is aware of all incoming inmates. / It is documented that you refused your insulin. |
| 23-64 | | DCCC | 3 | 8/21/2023 | 8/30/2023 | 2 Out of time from incident |
| 23-65 | | DCCC | 8 | 8/21/2023 | 8/30/2023 | 0 ISSUE MOOT/ REQUESTED STAFF |
| 23-66 | | EG 02 | 7 | 8/23/2023 | 8/30/2023 | 0 DISC. NOT DATED |
| 23-67 | | CB 202 | 3 | 8/24/2023 | 9/13/2023 | 0 out of time from incident |
| 23-68 | | EB 08 | 8 | 8/24/2023 | 9/13/2023 | 0 NO rts |
| 23-69 | | DC 08 | 4 | 8/30/2023 | 9/19/2023 | 0 attachments/ not signed/ no RTS |
| 23-70 | | jdcc | 8 | 9/30/2023 | | 0 out of time from incident to RTS |
| 23-71 | | CB-201 | 8 | 9/30/2023 | | 0 NO RTS, NOT DATES OR SIGNED |
| 23-72 | | ED 06 | 8 | 9/30/2023 | | 0 NOT FILLED OUT |
| 23-73 | | BB-203 | 6 | 10/2/2023 | 12/2/2023 | 0 NOT FILLED OUT / OUT OF TIME |
| 23-74 | | EG-03 | 8 | 10/3/2023 | 12/8/2023 | 1 RTS ANSWERED |
| 23-75 | | JHCC | 8 | 10/3/2023 | 12/8/2023 | 0 NO RTS, NOT DATES OR SIGNED |
| 23-76 | | DB-05 | 6 | 10/4/2023 | 12/8/2023 | 0 NO RTS, NOT DATES OR SIGNED |
| 23-77 | | DB-05 | 4 | 10/5/2023 | 12/8/2023 | 0 NO RTS, NOT DATES OR SIGNED |
| 23-78 | | ED-02 | 7 | 10/6/2023 | 12/8/2023 | 0 NO RTS, NOT DATES OR SIGNED |
| 23-79 | | AF-205 | 8 | 10/9/2023 | 12/8/2023 | 0 NO RTS, NOT DATES OR SIGNED |
| 23-80 | | BA-202 | 3 | 10/10/2023 | 12/8/2023 | 0 NO RTS, NOT DATES OR SIGNED |
| 23-81 | | DB-05 | 4 | 10/11/2023 | 12/8/2023 | 0 NO RTS |
| 23-82 | | DB-05 | 10 | 10/11/2023 | 12/8/2023 | 0 NO RTS, NOT DATES OR SIGNED |
| 23-83 | | EC-04 | 5 | 10/13/2023 | 12/8/2023 | 0 NO RTS, NOT DATES OR SIGNED |
| 23-84 | | EC-04 | 5 | 10/13/2023 | 12/12/2023 | 0 NO RTS, NOT DATES OR SIGNED |
| 23-85 | | DB-05 | 4 | 10/11/2023 | 10/19/2023 | 1 RTS ANSWERED |
| 23-86 | | DB-05 | 4 | 11/13/2023 | 11/16/2023 | 0 NO RTS, NOT DATES OR SIGNED |
| 23-87 | | AF-205 | 8 | 11/20/2023 | 11/21/2023 | 0 NO rts |
| 23-88 | | DB-05 | 4 | 11/30/2023 | 12/8/2023 | 1 RTS ANSWERED |
| 23-89 | | DC 08 | 4 | 11/30/2023 | 12/5/2023 | 1 RTS ANSWERED |

OAG/Saldivar v. ODOC /WD-24-442
Investigative Report 0088

| | AD-204 | | | | | |
|---|---|---|---|---|---|---|
| 23-90 | | 1 | 12/3/2023 | 12/4/2023 | 12/5/2023 | 0 | NO RTS |
| 23-91 | | 7 | 12/1/2023 | 12/1/2023 | 12/1/2023 | 0 | NO RTS / NOT SIGNED |

*Grievance Category Codes
1. Discrimination
2. Classification
3. Complaint against staff
4. Condition of Confinement
5. Disciplinary Process
6. Legal
7. Medical
8. Property/Trust Fund
9. Records/Sentence Administration
10. Religion
11. Personal Identity

**Disposition Codes
0. Did Not Follow Procedure
1. Relief Granted
2. Partial Relief Granted
3. Relief Denied
4. Returned for Reinvestigation
5. Other