**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| Daniel Saldivar, Michael Wolfe, Zurrell ) <br> Hernandez, Christopher Hicks, Ronnie Smith ) <br> II, Larry Pruitt, Robert D. Johnson ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Oklahoma Department of Corrections, ) <br> Stevenn Harpe, Director, Oklahoma ) <br> Department of Corrections, in his official and ) <br> individual capacities; John/Jane Doe I, II, III, ) <br> IV, (Employees/Agents of GPCC/DOC), in ) <br> their official and individual capacities; ) <br> John/Jane Doe V, VI, (Shift Supervisors and ) <br> Administrators of GPCC), in their official ) <br> and individual capacities, ) <br> ) <br> Defendants. ) | Case No.: CIV-24-442-PRW <br> (Removed from Oklahoma County <br> District Court Case No: CJ-2024-2320) |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice the undersigned has moved offices and that the following is his new address:

        1000 W. Wilshire Blvd., Suite 355
        Oklahoma City, Oklahoma 73116

        Respectfully submitted,

        Richard C. Labarthe, OBA # 11393
        LABARTHE & TARASOV, a professional association
        1000 W. Wilshire Blvd., Suite 355
        Oklahoma City, Oklahoma 73116
        (405) 843-5616; (405) 843-9685 Facsimile
        richard@labarthelaw.com
        330 W. Gray Street, Suite 208
        Norman, OK 73069
        (405) 410-5631; (832) 558-3540 Facsimile
        alexey@tarasovlaw.com
        **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent to the following who are ECF registered participants:

Lauren Ray, OBA# 22694
Lexie P. Norwood, OBA# 31414
Oklahoma Attorney General's Office
Litigation Section
313 NE 21st Street
Oklahoma City, OK 73105
Email: lauren.ray@oag.ok.gov
Email: lexie.norwood@oag.ok.gov
**Attorneys for Defendants**