# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Daniel Saldivar, Michael Wolfe, Zurrell )
Hernandez, Christopher Hicks, Ronnie )
Smith II, Larry Pruitt, )
          Plaintiffs, )
vs. )
John/Jane Doe I, II, III, IV, )
(Employees/Agents of GPCC/DOC), in )
their official and individual capacities; )
John/Jane Doe V, VI, (Shift Supervisors and )
Administrators of GPCC), in their official )
and individual capacities, )
          Defendants. )

Case No.: CIV-24-442-PRW
(Removed from Oklahoma County
District Court Case No: CJ-2024-2320)

## NOTICE OF REISSANCE OF SUBPOENA *DUCES TECUM* TO NONPARTY

PLEASE TAKE NOTICE THAT THE RULE 45 SUBPOENA ATTACHED HERETO HAS BEEN ISSUED AND SERVED THIS DATE, CALLING FOR THE GENERAL COUNSEL OF THE OKLAHOMA DEPARTMENT OF CORRECTIONS TO PRODUCE THE DOCUMENTS DESCRIBED THEREIN WITHIN TEN (10) DAYS FROM THE DATE HEREOF.

Dated: March 23, 2026.

*/s/ Richard C. Labarthe*, OBA # 11393
*/s/ Alexey V. Tarasov,* OBA # 32926
LABARTHE & TARASOV, a professional association
Richard C. Labarthe, OBA # 11393
12632 Val Verde Drive
Oklahoma City, OK 73142
(405) 760-3323; (405) 843-9685 Facsimile
richard@labarthelaw.com
330 W. Gray Street, Suite 208
Norman, OK 73069
(405) 410-5631; (832) 558-3540 Facsimile
alexey@tarasovlaw.com
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, I served all counsel in this cause through the Court's ECF system and further served additional copies via email to Lauren Ray and Lexie Norwood at lauren.ray@oag.ok.gov and lexie.norwood@oag.ok.gov and via email and personal service to the named subpoena recipient, Kari Hawkins, as shown below.

Kari Y. Hawkins
ODOC General Counsel
3400 N. Martin Luther King Ave.
Oklahoma City, OK 73111
kari.hawkins@doc.ok.gov

*/s/ Richard C. Labarthe*
Richard C. Labarthe, OBA # 11393